Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

for the          2022 FEB 28  PM 2: 04

District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS

R. William Porter Investment Mgt. Trust
Heritage Homestead Realty Trust
Porter Modular Homes Inc.
Richard + Phyllis Porter, Trustee's )
)
_____ )
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
    -v- )
State of Massachusetts )
The Wakefield Police Dept. )
State Police Dept. )
Framingham Police Dept. )
_____ )
Defendant(s) )
(Write the full name of each defendant who is being sued.  If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial:  (check one)  [X] Yes  [ ] No

# COMPLAINT FOR A CIVIL CASE

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Richard and Phyllis Porter |
| Street Address | 309 Belmont St. |
| City and County | Worcester MA 01604 — Mailing address |
| State and Zip Code | (Woburn MA 01801) |
| Telephone Number | 508-368-0741 |
| E-mail Address | USTrustee1234@Gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

**Defendant No. 1**

Name — *MA State Police*

Job or Title *(if known)* — *Troppers*

Street Address — *30 Gould St,*

City and County — *Andover*

State and Zip Code — *MA - USA*

Telephone Number

E-mail Address *(if known)* — *(By Mail)*

**Defendant No. 2**

Name — *Wakefield Police Dept.*

Job or Title *(if known)* — *1 Union Rd.*

Street Address — *Wakefield*

City and County — *MA 01880*

State and Zip Code

Telephone Number — *781-245-1212*

E-mail Address *(if known)*

**Defendant No. 3**

Name — *Malden District Court*

Job or Title *(if known)* — *Clerk*

Street Address — *4040 Mystic Valey Pkwy*

City and County — *Medford*

State and Zip Code — *MA - 02115*

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name — *Framingham District Court*

Job or Title *(if known)* — *Clerk*

Street Address — *600 Concord St.*

City and County — *(M) Framingham*

State and Zip Code — *MA - 01702*

Telephone Number

E-mail Address *(if known)*

*Framingham Police*
*1 William Welch PKwy*
*Framingham MA 01702*